HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MORRIS BYRD, an individual, | Case No. 2:25-cv-00767-RAJ |
| Plaintiff, | ORDER |
| v. | |
| HANSEN BEVERAGE COMPANY d/b/a MONSTER BEVERAGE CORPORATION, a Delaware Corporation; MONSTER ENERGY COMPANY, a Delaware Corporation; MONSTER ENERGY INTERNATIONAL COMPANY, a Delaware Corporation; and MONSTER ENERGY US, LLC, a Delaware Corporation, | |
| Defendants. | |
| MONSTER ENERGY COMPANY, a Delaware Corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| LEICHHARDT GROUP, INC., a Washington Corporation, dba THE DILLER ROOM; ALEKSANDAR LONCAR, an individual; JONASA RYDER, an individual, and DOES 1–10, | |
| Third-Party Defendants. | |

ORDER - 1

THIS MATTER comes before the Court on Third-Party Defendants' Motion for Sanctions, Dkt. # 33, Plaintiff and Defendants' Motion for Entry of Protective Order, Dkt. # 44, and Third-Party Defendants' Motion for Protective Order to Stay Discovery as to Third-Party Defendants Only, Dkt. # 46. The Court has reviewed the motions, the submissions in support of and in opposition to the motions, and the balance of the record. The Court held a telephone conference on January 9, 2026. The following memorializes the Court's rulings during the telephone conference and resolves additional issues on which the Court reserved its ruling.

The Court ORDERS as follows:

1. Third-Party Defendants' Motion for Sanctions, Dkt. # 33, is **DENIED**.

2. Plaintiff and Defendants' Motion for Entry of Protective Order, Dkt. # 44, is **GRANTED**.

3. Third-Party Defendants' Motion for Protective Order to Stay Discovery as to Third-Party Defendants Only, Dkt. # 46, is **DENIED**.

The Clerk is directed to enter Plaintiff and Defendants' proposed Protective Order.

Dated this 12th day of January, 2026.

The Honorable Richard A. Jones
United States District Judge